JAMES R. FROCCARO, JR.
Attorney at Law
20 Vanderventer Avenue, Suite 103W
Port Washington, NY 11050
telephone: (516) 944-5062
fax: (516) 944-5066
email: JRFESQ61@aol.com

September 22, 2022

BY ECF
Hon. Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722-4454

Re:  United States v. James Argentina
04 Cr 9 (JS)

Dear Judge Seybert:

    I have reviewed the government's response in opposition to Mr. Argentina's motion for a sentence reduction of time served. Simply put, the government's response misses the point.

    The thrust of my motion was that "Mr. Argentina's drastically reduced life expectancy resulting from his diagnosis with Advanced Renal Cell Carcinoma, [was] standing alone, an extraordinary and compelling reason for the requested sentence reduction."  See letter of August 31, 2022, at 6.  The government has not addressed this issue at all.  Nor does it reckon with the reality that there is a less than 50% chance that Mr. Argentina will be alive in 5 years.  See Defendant's Exhibit H.  The government also does not dispute that if infected with COVID - the therapy he is receiving "may not work effectively leading to increased

1

potential of recurrence and potential impact on his survival." Id.  The truth is these grim facts cannot be disputed - that's why the government has not provided a response from a medical doctor, but, rather an individual who has a doctorate in jurisprudence.

The government's claim that Mr. Argentina has failed to satisfy the exhaustion requirement should be dismissed out of hand.  His June 28, 2022, Application For Compassionate Release, which is attached as Exhibit I to my August 31 letter, cited advanced kidney cancer, ongoing immunotherapy and the threat of COVID-19 infection as bases for his release.  These same circumstances form the basis for the instant application.  As such, there can be no doubt that Mr. Argentina satisfied the exhaustion requirement.[1]

The government's reliance on U.S. v. Jones, No. 99-cr-264, 2020 WL 2791862 (D. Conn. May 29, 2020) is misplaced in several respects.  For one thing, there is no mention of kidney cancer in that opinion.  For another, the defendant in Jones was granted a sentence reduction from four consecutive life sentences.  See id. at *1.  Finally, the defendant in Jones did not argue, as Mr. Argentina does here, that compassionate release was consistent with the intentions of the judge who presided over his original sentencing.  In fact, the defendant could not make this argument because his original sentencing judge opined that the Jones "d[idn't] deserve to live among civilized people" and "should be locked away in a cage for the rest of [his] life, never to breath free air again." Id. at *11.

---

[1] The instant motion represents Mr. Argentina's first application for compassionate release.  The government's mistaken references in their opposition papers to an "original motion" and a "motion for reconsideration" appear to be left over from a submission in another defendant's case.

At Mr. Argentina's 2006 re-sentencing, this Court attempted to fashion a sentence that would permit him to "get out [of prison] and . . . lead a law abiding life." <u>See</u> Sentencing Transcript at 42.  Advanced kidney cancer – which, of course, no one could have foreseen – has dramatically increased the likelihood that Mr. Argentina will not survive his prison sentence - let alone - experience life outside of a prison setting.  Granting Mr. Argentina's motion for compassionate release is, therefore, appears to be entirely consistent with this Court's intentions at the time of Mr. Argentina's sentencing many years ago.

Contrary to the government's claims, the 3553 factors pose no obstacle to Mr. Argentina's release.  Mr. Argentina has served over 20 years in prison for his crimes.  With good behavior, he earned his release from New York State prison in August 2021.  Now nearly 50 years old -- and in poor health -- he poses no danger to society.

For these reasons, and those cited in my August 31, 2022, submission, Mr. Argentina's motion for compassionate release should be immediately granted.

                    Respectfully submitted,

                          /JRF/

                    James R. Froccaro, Jr.

JRF:pa
Encl.